**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DANIEL E. FRICKE,**

          **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No.  6:07-cv-844-Orl-19KRS**

**COMMISSIONER OF SOCIAL**
**SECURITY,**

          **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

      This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**　　**AMENDED MOTION FOR ENTRY OF JUDGMENT WITH REMAND (Doc. No. 16)**
>
> **FILED:**　　　**November 28, 2007**
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

      The Commissioner of Social Security requests that this matter be reversed and remanded to the Social Security Administration for further proceedings under sentence four of 42 U.S.C. § 405(g) for the following reasons:

> To further consider plaintiff's residual functional capacity, including his mental limitations, obtain medical expert testimony if needed to resolve inconsistencies in the evidence with respect to plaintiff's mental impairments, and obtain vocational expert testimony concerning jobs plaintiff could perform with his limitations. Plaintiff will also have a new hearing and an opportunity to submit additional medical evidence.

Doc. No. 16.  Plaintiff Daniel E. Fricke does not oppose the motion. *Id*.

Based on the foregoing, I respectfully recommend that the motion be **GRANTED** and the decision of the Commission be **REVERSED** and the case **REMANDED** for further proceedings. I further recommend that the Court direct the Clerk of Court to enter judgment consistent with its decision on this Report and Recommendation and, thereafter, to close the file.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on November 28, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy