# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DANIEL E. FRICKE,**

                **Plaintiff,**

**-vs-**                                                **Case No. 6:07-cv-844-Orl-19KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

                **Defendant.**

___

## AMENDED REPORT AND RECOMMENDATION[1]

**TO THE UNITED STATES DISTRICT COURT**

      This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **SECOND AMENDED MOTION FOR ENTRY OF JUDGMENT WITH REMAND (Doc. No. 19)**
>
> **FILED:**       **December 4, 2007**
>
> ___
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

      The Commissioner of Social Security requests that this matter be reversed and remanded to the Social Security Administration for further proceedings under sentence four of 42 U.S.C. § 405(g) for the following reasons:

___

[1] In the Second Amended Motion for Entry of Judgment with Remand, the Commissioner amended the statement of reasons for the remand. Accordingly, the original Report and Recommendation, doc. no. 18, is amended to reflect the new reasons for remand.

> On remand, the administrative law judge (ALJ) will further develop and evaluate the record regarding Plaintiff's herniated disc at L4-5. The ALJ will also further consider the opinions of the examining and nonexamining physicians, with recontact for clarification and detailed analysis of the weight given to these opinions. Finally, the ALJ will obtain testimony from a medical expert and supplemental testimony from a vocational expert.

Doc. No. 19.  Plaintiff Daniel E. Fricke does not oppose the motion.  *Id*.

Based on the foregoing, I respectfully recommend that the motion be **GRANTED** and the decision of the Commission be **REVERSED** and the case **REMANDED** for further proceedings.  I further recommend that the Court direct the Clerk of Court to enter judgment consistent with its decision on this Report and Recommendation and, thereafter, to close the file.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on December 5, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy