## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

DANIEL E. FRICKE,

      Plaintiff,

vs.                                                    CASE NO. 6:07-CV-844-ORL-19KRS

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.

_____

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 18, filed November 28, 2007) and Amended Report and Recommendation (Doc. No. 20, filed December 5, 2007). No objection to said Report and Recommendations was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendations (Doc. No. 18 and 20) are **ADOPTED and AFFIRMED.** The Second Amended Motion for Entry of Judgment with Remand (Doc. No. 19, filed December 4, 2007) is **GRANTED.** The decision of the Commission is **REVERSED,** and this case is **REMANDED** for further proceedings. The Clerk of Court is directed to enter judgment consistent with this decision on the Report and Recommendations and, thereafter, shall close this file.

**DONE AND ORDERED** at Orlando, Florida, this ___17th___ day of December, 2007.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record