**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**DANIEL E. FRICKE,**

                    **Plaintiff,**

**-vs-**                                                                                                       **Case No. 6:07-cv-844-Orl-19KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

                    **Defendant.**

_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **PLAINTIFF'S UNCONTESTED PETITION FOR ATTORNEY FEES (Doc. No. 25)**
>
> **FILED:**       **January 18, 2008**
>
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

The plaintiff, Daniel E. Fricke, seeks an award of attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. A final judgment reversing the decision below was entered on December 19, 2007. Doc. No. 22. An award of fees is, therefore, ripe for consideration. The defendant, the Commissioner of Social Security, has not responded to the motion as of the writing of this order, and the time for doing so has passed. Therefore, I consider the motion to be unopposed.

Fricke's attorney of record, Richard A. Culbertson, seeks $903.26 in fees, and Thomas S. Rice, an attorney associated with Culbertson, seeks $3,613.03 in fees. The hourly rate sought is $167.27 for work performed in 2007.

The EAJA states that the amount of attorney's fees and costs shall be based on prevailing market rates, "except that attorney's fees shall not be awarded in excess of $125.00 per hour unless the court determines that an increase in the cost of living or a special factor . . . justifies a higher fee." 28 U.S.C. § 2412(d)(2)(A). Fricke has provided an analysis based on the Consumer Price Index (CPI) that supports the requested hourly rates. Accordingly, I find that this rate is reasonable without objection.

I also find the total hours worked by each attorney were reasonable in the absence of objection.

Fricke submitted an Assignment by which he assigned any attorneys' fees awarded by the Court to Attorney Culbertson. Doc. No. 25-2. Accordingly, it is **RESPECTFULLY RECOMMENDED** that the Court order the Commissioner to pay to Attorney Culbertson $4,516.29 in attorneys' fees.[1]

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on February 4, 2008.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy

---

[1] The fees were calculated as follows: hours worked by Culbertson (5.4) + hours worked by Rice (21.6) x reasonable hourly rate ($167.27).