**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DANIEL E. FRICKE,

     Plaintiff,

vs.                                         CASE NO. 6:07-CV-844-ORL-19KRS

COMMISSIONER OF SOCIAL SECURITY,

     Defendant.

_____

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 26, filed February 4, 2008). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 26) is **ADOPTED and AFFIRMED.** Plaintiff's Uncontested Petition for Attorney Fees (Doc. No. 25, filed January 18, 2008) is **GRANTED.** The Commission is ordered to pay Attorney Richard A. Culbertson **$4,516.29** in attorneys' fees.

**DONE AND ORDERED** at Orlando, Florida, this  15th  day of February, 2008.

_[signature]_

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record